The People of the State of Illinois, defendant in error, v. Charles Cullen, plaintiff in error. Gen. No. 29,435.

Information charging defendant with gambling. Defendant found guilty. Error to the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed January 26, 1925.

Edward H. Morris and J. B. Cashin, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court. ·

---

Home Furnace Company, defendant in error, v. Joseph Shusho, plaintiff in error. Gen. No. 29,453.

Suit on promissory notes. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

Harold O. Mulks, for plaintiff in error. Vose & Page, for defendant in error; John D. Clancy, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Thomas O'Shea et al., plaintiffs in error. Gen. No. 29,488.

Prosecution on charge of conspiracy to injure business of certain employing firms. Defendants convicted. Error to the Criminal Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed January 26, 1925.

Nelson & Ricker, for plaintiffs in error; O'Reilly, Daniels & Tone, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

June Klein, defendant in error, v. Max Ainbinder, plaintiff in error. Gen. No. 29,512.

Suit on instrument in writing whereby defendant acknowledged and promised to pay a certain indebtedness. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed January 26, 1925.

James J. Trainor, for plaintiff in error; James E. McGrath, of counsel. Dwight McKay, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.